# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GARCIA HINOJO III,<br><br>         Plaintiff,<br><br>   v.<br><br><br>UNITED STATES OF AMERICA, STATE OF CALIFORNIA<br><br>         Defendants. | 1:23-cv-00481-JLT-BAM<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS |

Plaintiff Francisco Garcia Hinojo III, proceeding *pro se*, filed this civil action on March 29, 2023, along with an application to proceed *in forma pauperis*.  (Doc. Nos. 1, 2.)  However, Plaintiff's form application to proceed *in forma pauperis* is not complete.  Plaintiff's application states that Plaintiff is employed but does not clarify the pay period for his salary.  (Doc. 1 at 1.) Further, Plaintiff notes that he received money from a business, profession, or other self-employment source but did not describe each source of money or amount received.  (*Id.* at 1-2.)

Accordingly, IT IS HEREBY ORDERED that:

1.      Within thirty (30) days from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action;

2.      No extension of time will be granted without a showing of good cause; and

3.      The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated:   **April 4, 2023**                    /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE